

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | * | |
| REGINALD WRIGHT | * | Case No. 15-25836 DK |
| Debtor | * | Chapter 13 |
| | * | |

## ORDER GRANTING MOTION TO DIRECT PAYMENT

UPON CONSIDERATION of Counsel's Motion to Direct Payments and any response thereto, it is, by the U.S. Bankruptcy Court of the District of Maryland;

ORDERED, that the Motion is granted; and it is further;

ORDERED, that the Chapter 13 Trustee shall pay directly to David H. Sandler from the pre-confirmation payments made by the Debtor, towards the balance of the attorneys' fees due ($2,437.50) such sums as are being held by the Trustee, less any Trustee fees due and owing, and, if the monies the Trustee is holding are in excess of the total fee, to refund the balance of the fund held to Debtor.

Copies to:

Debtor
Debtor's counsel
Chapter 13 Trustee
All Creditors and Interested Parties

**END OF ORDER**